**ROBERT ISHIKAWA - 90621**
Law Offices of Robert Ishikawa
5713 N. West Avenue # 101
Fresno, California 93711
Telephone: (559) 432-9600

Attorney for Patricia Mendez

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MENDEZ, ) | 1:09- CV-01968 LJO GSA |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| COMMISSIONER OR SOCIAL SECURITY ) | |
| Defendant. ) | |

Plaintiff has been unable to comply with the Court's standing scheduling order and therefor requests, with the assent of Shea Bond, the Special Assistant U.S. Attorney handling the case for the Commissioner, that the following schedule be set by the Court: plaintiff shall serve on defendant a confidential letter brief no later than July 28, 2010. Defendant shall have until August 28, 2010 to serve a response to the letter brief on plaintiff. In the event that the case is not remanded, plaintiff shall have until September 28, 2010 to file and serve an opening brief on defendant and the court. Defendant shall then have until October 28, 2010 to file and serve a responsive brief. Any reply brief shall be filed fifteen days after service of the responsive brief.

Dated: June 28, 2010          /s/ Robert Ishikawa
                              _____
                              ROBERT ISHIKAWA
                              Attorney for Plaintiff, Patricia Mendez

/////

1

Dated: June 28, 2010            /s/ Shea Bond, by telephonic approval
_____
Shea Bond
Special Assistant U.S. Attorney

**ORDER**

    The aforementioned stipulation is **ADOPTED IN PART and DENIED IN PART**.

    Plaintiff fails to acknowledge the fact her opening brief was to be filed with this Court no later than June 15, 2010 (3/12/10 + 95 = 6/15/10). Nonetheless, Plaintiff seeks an extension of time within which to file a confidential letter brief, and, if necessary, her opening brief, through and including September 28, 2010.

    This Court has the inherent power to manage its own docket. Plaintiff's request is untimely by thirteen (13) days. Plaintiff is reminded that belated and/or untimely requests for extensions of time are disfavored. *See* Local Rule 144(d).

    In light of the foregoing, **Plaintiff SHALL serve her confidential letter brief no later than July 12, 2010. Defendant shall respond no later than July 26, 2010. In the event Defendant does not stipulate to remand, Plaintiff shall file her opening brief no later than August 25, 2010.** Thereafter, Defendant shall have thirty days within which to file an opposition or responsive brief, and Plaintiff may file a reply fifteen days thereafter.

    No further extensions of time will be entertained absent a showing of good cause.

IT IS SO ORDERED.

**Dated:**  **June 28, 2010**            /s/ **Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE