# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA MENDEZ, | ) | 1:09-cv-01968 LJO GSA |
| Plaintiff, | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

On November 6, 2009,[1] Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits. (Doc. 2.) On November 9, 2009, the Court issued a Scheduling Order. (Doc. 7). The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief. (Doc. 7, ¶¶ 2-8.)

---

[1] Nearly 300 days have passed since Plaintiff's complaint was filed with this Court.

1

1    On March 12, 2010, Defendant lodged the administrative record. (Doc. 12.) Thus, pursuant to the Scheduling Order, Plaintiff was required to file her opening brief in this Court on or before June 15, 2010. Plaintiff failed to do so.

On June 28, 2010, the parties filed a Stipulation and Order to Extend Time pertaining to the service of a confidential letter brief, reply thereto, and Plaintiff's opening brief. (Doc. 13.) The stipulation was adopted in part and denied in part. Pertinent here, Plaintiff was to **"file her opening brief no later than August 25, 2010."** (Doc. 14, emphasis in original.) To date, Plaintiff has failed to file an opening brief.

Therefore, Plaintiff is ordered to show cause why the action should not be dismissed for failure to comply with the Court's June 28, 2010, order. Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN ten (10) days of the date of this Order.

Failure to respond to this Order to Show Cause within the time specified will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **August 30, 2010**                    **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE