# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MENDEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>             Defendant. | 1:09-cv-01968 LJO GSA<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Document 15) |

On August 30, 2010, this Court issued an Order to Show Cause why this action should not be dismissed for Plaintiff's failure to comply with a court order. On September 9, 2010, Plaintiff timely replied to the Order to Show Cause. (Doc. 17.)

Plaintiff's counsel Thomas V. Miles explained he was unaware of the Court's modification to the parties' Stipulation and Order for Extension of Time dated June 28, 2010, wherein this Court ordered Plaintiff's opening brief be filed no later than August 25, 2010, rather than the September 28 date originally proposed by the parties. (Miles Decl., ¶ 5.) Additionally, inter alia, counsel explained he is a solo practitioner with a busy schedule who believes his client should not suffer the ultimate prejudice of a dismissal as a result of his inadvertent oversight. (Miles Decl., ¶¶ 7 & 10.)

1  Moreover, counsel for Plaintiff filed the opening brief concurrently with his response to the order
2  to show cause.  (*See* Doc. 16 & Miles Decl., ¶ 4.)
3      In light of the foregoing, this Court accepts Attorney Miles's explanation and DISCHARGES
4  the Order to Show Cause.

6      IT IS SO ORDERED.
7  **Dated:   September 10, 2010**        /s/ **Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE