1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN 189450
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8938
       Facsimile:  (415) 744-0134
7      E-Mail:  Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                        **FRESNO DIVISION**

12

13  PATRICIA MENDEZ,            )
                                )   CIVIL NO. 1:09-CV-01968-LJO-GSA
14         Plaintiff,           )
                                )   STIPULATION AND ORDER TO
15         v.                   )   EXTEND TIME
                                )
16  MICHAEL J. ASTRUE,          )
    Commissioner of             )
17  Social Security,            )
                                )
18         Defendant.           )
    _____)

19

20      The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's

21  Motion for Summary Judgment be extended from November 12, 2010, to December 12, 2010.

22      This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  This

23  case was reassigned to me from another Assistant Regional Counsel to relieve her heavy caseload.

24  Having just received the case, Defense Counsel therefore needs additional time to review the file,

25  prepare a response in this matter, and be reviewed by a mentor.

26  ///

27  ///

28  ///

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: November 10, 2010    /s/ *Robert Ishikawa*
(As authorized via e-mail)
ROBERT ISHIKAWA
Attorney for Plaintiff

Dated: November 10, 2010    BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

OF COUNSEL:

LYNN M. HARADA
Assistant Regional Counsel
United States Social Security Administration

IT IS SO ORDERED.

Dated:    **November 15, 2010**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE